# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00456-CR

**Ex parte Bill Rutherford**

### FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY
### NO. 31-1995-C-07411, HONORABLE JOHN BARINA, JR., JUDGE PRESIDING

**PER CURIAM**

Bill Rutherford filed a post-conviction application for writ of habeas corpus pursuant to code of criminal procedure article 11.09. Tex. Code Crim. Proc. Ann. art. 11.09 (West 1977). On November 28, 2000, the county court at law dismissed the application. Rutherford gave notice of appeal from this order on July 5, 2001.

The notice of appeal was not timely. *See* Tex. R. App. P. 26.2(a). We lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed: August 30, 2001

Do Not Publish